232

UNITED STATES *versus* REUBEN MERRILL, JR.

JOURNAL ENTRIES: (1) Nov. 16, 1835: declaration filed, rule to plead; (2) Jan. 6, 1836: jury impaneled, evidence introduced, discontinued.
PAPERS IN FILE (1835–36): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) subpoena; (5) plea of not guilty.
*File No.* 141.

UNITED STATES *versus* JAMES CLINTON.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1835–36): (1) Affidavit for bail, order for bail, precipe for capias; (2) capias and return; (3) recognizance.
*File No.* 153.

THE POSTMASTER GENERAL *versus* DANIEL PITTMAN, STILMAN BLANCHARD, AND WILLIAM McNAIR.

JOURNAL ENTRIES: (1) Jan. 4, 1836: narr. filed, rule to plead; (2) Jan. 9, 1836: rule for default judgment, damages assessed by clerk, judgment.
PAPERS IN FILE (1835–36): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) precipe for fi. fa.; (5) writ of fi. fa. and return; (6) statement of accounts— Daniel Pittman to Post Office Department.
*File No.* 146.

UNITED STATES *versus* STEAMBOAT "ARGO", ONE STEAM ENGINE, ONE BELL, ONE ANCHOR, ONE CHAIN, ONE STOVE, AND ONE COMPASS, THE APPAREL, TACKLE, AND FURNITURE OF SAID BOAT, CLAIMED BY LEWIS DAVENPORT.

JOURNAL ENTRIES: (1) Jan. 4, 1836: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 5, 1836: claim and bond filed, bond approved, claimant allowed to prosecute claim, appraisers appointed; (3) Jan. 23, 1836: publication proved, proclamation made, no claim other than Lewis Davenport's made; (4) Jan. 27, 1836:

claimant's bond approved, certificate of collector filed, property ordered delivered to claimant; (5) June 6, 1836: motion by United States attorney for judgment; (6) June 7, 1836: judgment of forfeiture.
PAPERS IN FILE (1836): (1) Libel; (2) claim; (3) claimant's bond; (4) copy of order appointing appraisers, appraisers' report; (5) published notice, proof of publication and posting; (6) certificate of collector; (7) claimant's bond; (8) draft of order for delivery to claimant.
*File No.* 155.

UNITED STATES *versus* TWENTY-FIVE HANDKERCHIEFS, FIVE SHAWLS, THREE DAMASK TABLE COVERS, TWO AND ONE-HALF YARDS MUSLIN, TEN PIECES CALICO, THREE PIECES GINGHAM, TWO PIECES CORDED MUSLIN, THREE PIECES CAMBRIC MUSLIN, ONE PIECE IRISH LINEN, TWO PAIRS SUSPENDERS, FIVE PIECES CHAMBRAY, TWO PIECES FUSTIAN, TWO PIECES COTTON JEAN, ONE PIECE VILORT [?], ONE PIECE FLANNEL.

JOURNAL ENTRIES: (1) Jan. 4, 1836: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 23, 1836: publication proved, proclamation made, property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1836): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.
*File No.* 157.

UNITED STATES *versus* TEN BAGS SHOT, THIRTEEN LOAVES SUGAR, EIGHT PIECES CALICO, SIX HANDKERCHIEFS, ONE LOT TWIST, AND TWO PIECES MULL.

JOURNAL ENTRIES: (1) Jan. 4, 1836: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 23, 1836: publication proved, proclamation made, property forfeited, sale and notice of sale ordered.

PAPERS IN FILE (1836): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.
*File No.* 156.

 UNITED STATES *versus* ONE PIECE WHITE FLANNEL, ONE PIECE RED BAIZE, ONE PIECE GREEN BAIZE, EIGHT PIECES BOMBAZETTE, SIXTEEN PIECES CALICO, ONE PIECE FURNITURE PRINTS, FOUR PIECES PRINTED MUSLIN, ONE PIECE SCOTCH PLAID, ONE PIECE DOMESTIC PLAID, ONE PIECE CIRCASSIAN, ONE PIECE APIAN CHECK, ONE PIECE DOMESTIC STRIPE, ONE PIECE HUCKABACK TOWELING, ONE PIECE BLEACHED SHIRTING, ONE PIECE GINGHAM, FOUR PIECES CHAMBRAY GINGHAM, ONE PIECE LINEN BED TICKING, FOUR PIECES COLORED CAMBRIC, ONE PIECE MARSEILLES VESTING, SIX PAIRS MEN'S HOSE, THIRTEEN PIECES COTTON HANDKERCHIEFS, FOUR IMITATION CASHMERE SHAWLS, EIGHTEEN PAIRS WORSTED HOSE, TEN SHIRTS, EIGHT CAPS, NINE PAIRS CHILDREN'S GLOVES, THIRTEEN COTTON CRAVATS, TWO SETS TABLE MATS, EIGHT PAIRS GLOVES, TWO POUNDS LINEN THREAD, ONE LOT SEWING SILK, ONE PIECE BINDING, ONE LOT COTTON THREAD, THIRTEEN PIECES RIBBON, ONE FUR CAP, SIX HAND SAWS, NINE HATS, AND BOXES AND ONE LOT OF SUNDRIES. 

JOURNAL ENTRIES: (1) Jan. 4, 1836: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 23, 1836: publication proved, proclamation made, motion for judgment.

PAPERS IN FILE (1836): (1) Libel; (2) published notice, proof of publication and posting; (3) letter—Secretary of the Treasury to Judge Morell.
*File No.* 160.

 UNITED STATES *versus* SIXTEEN AND ONE-HALF YARDS OLIVE BROADCLOTH, ONE PIECE PETERSHAM, AND ONE PIECE BROWN BROADCLOTH. 

JOURNAL ENTRIES: (1) Jan. 4, 1836: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 23, 1836: publication proved, proclamation made, property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1836): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.
*File No.* 158.

 UNITED STATES *versus* NINETY-FIVE AND ONE-HALF BUSHELS OATS. 

JOURNAL ENTRIES: (1) Jan. 4, 1836: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 23, 1836: publication proved, proclamation made, property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1836): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.
*File No.* 159.

 UNITED STATES *versus* GEORGE RANKIN. 

JOURNAL ENTRIES: (1) Jan. 8, 1836: arraignment, plea of not guilty, motion for continuance granted, recognizance; (2) June 7, 1836: defendant called, default, continued.
PAPERS IN FILE (1836): (1) Indictment; (2) affidavit for continuance.
*File No.* 163.